# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA PARKER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK TRUST, N.A. et al.,<br><br>　　　　　　Defendant. | CASE NO. 2:19-cv-07814-GW (SKx)<br><br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Jurisdiction, **IT IS ADJUDGED** that this action is dismissed WITH PREJUDICE.

DATED: October 7, 2019

　　　　　　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE